UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                             Plaintiff,

                                                                    DECISION AND ORDER

                                                                    02-CR-6001L

                     v.

JUAN NAVEDO,

                             Defendant.
_____

     Juan Navedo, *pro se,* moves to the Court to amend the Judgment entered October 7, 2003 (Dkt. #14) dismissing Navedo's petition to vacate, brought pursuant to 28 U.S.C. § 2255. The motion is in all respects denied.

     IT IS SO ORDERED.

                                             _____
                                                DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
         February 28, 2006.