UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                     Plaintiff,

                                                                 <u>DECISION AND ORDER</u>

                                                                 02-CR-6001L

              v.

JUAN NAVEDO,

                     Defendant.
_____

       Defendant moves, *pro se,* for a Certificate of Appealability from this Court's decision entered February 28, 2006 (Dkt. #109) denying defendant's motion to amend the sentence and criminal judgment entered October 7, 2003. Navedo's application for a Certificate of Appealability is denied. Navedo has failed to make a substantial showing of the denial of any constitutional right.

       IT IS SO ORDERED.

                                                _____
                                                   DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
         April 7, 2006.