UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                      Plaintiff,

                                                                               ORDER

                                                                               02-CR-6001L

                           v.

JUAN NEVADO,

                                      Defendant.
_____

On July 21, 2008, defendant Juan Nevado ("Nevado") filed, *pro se,* a motion requesting application of the new and correct base offense level regarding cocaine base (Dkt. #138). On July 28, 2008, the Court entered an initial order under 18 U.S.C. § 3582 appointing the Federal Public Defender to represent the defendant (Dkt. #139). Thereafter on November 6, 2008, an affirmation by Nevado was filed (Dkt. #145) informing the Court that he will be representing himself in this action, *pro se.*

The request of Juan Nevado to represent himself in this action (Dkt. #145) is granted and the Public Defender's Office is relieved as counsel in this action.

Under separate cover, copies of Document ## 138, 139, 142, and 145 are being sent to Nevado together with this Order.

Defendant Juan Nevado is hereby directed to reply to the Government's Response (Dkt. #142) on or before December 12, 2008.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       November 6, 2008.