UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                  <u>ORDER</u>

                                                                    02-CR-6001L

                       v.

JUAN NAVEDO,

                              Defendant.
_____

     Concerning the Order of April 21, 2009 (Dkt. #154), I decline to issue a certificate of appealability because defendant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

     IT IS SO ORDERED.

                                           _____
                                             DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
       August 19, 2009.